**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION**

| | |
|---|---|
| RUBEN GONZALEZ ARAGON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN RICOLCOL,<br><br>　　　　　Respondent. | CASE NO. CV 24-00247-GW(AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

**IT IS ORDERED** that (1) Petitioner's motion for bail and appointment of counsel is DENIED; and (2) the Petition is DENIED; and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: March 12, 2025

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE