JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION**

| | |
|---|---|
| RUBEN GONZALEZ ARAGON,<br><br>           Petitioner,<br><br>      v.<br><br>WARDEN RICOLCOL,<br><br>           Respondent. | CASE NO. CV 24-00247-GW(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the Petition is dismissed with prejudice.


     DATED: March 12, 2025


                                   _George H. Wu_
                                   _____
                                   GEORGE H. WU
                                   UNITED STATES DISTRICT JUDGE